UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAGE EL D/B/A HALL, WINSTON,

                              Plaintiff,

        -against-

CALVIN BLACK; ELIJAH P. RODRIGO;
FELIX D. JIMENEZ; 6 – JOHN DOE,

                              Defendants.

23-CV-10317 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

Plaintiff, who currently is detained at the Otis Bantum Correctional Center on Rikers

Island, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants violated his

federal constitutional rights. By order dated November 30, 2023, the Court granted Plaintiff's

request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

## DISCUSSION

### A.    Service on Named Defendants

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the

Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6

(2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to

serve if the plaintiff is authorized to proceed IFP).

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that
summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding
IFP and could not have served summonses and the complaint until the Court reviewed the
complaint and ordered that summonses be issued. The Court therefore extends the time to serve
until 90 days after the date summonses are issued.

To allow Plaintiff to effect service on Defendants New York City Police Department Officers Calvin Black, Elijah P. Rodrigo, and Felix D. Jimenez through the U.S. Marshals Service, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms ("USM-285 forms") for these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B.** *Valentin* **Order**

The Court understands Plaintiff to be suing six John Doe New York City Police Department ("NYPD") officers. Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the NYPD to identify the six NYPD officers who were allegedly involved in stopping Plaintiff's vehicle and arresting him in the Bronx on September 12, 2023. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD, must ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served. The Law Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendant(s). The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is directed to issue summonses for New York City Police Department Officers Calvin Black, Elijah P. Rodrigo, and Felix D. Jimenez, complete the USM-285 forms with the addresses for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail a copy of this order and the complaint to the New York City Law Department at: 100 Church Street, New York, NY 10007. An "Amended Complaint" form is attached to this order.

The Clerk of Court is also directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:
New York, New York
12/19/23

JOHN G. KOELTL
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1.   Sergeant Calvin Black
     New York City Police Department 43rd Precinct
     900 Fteley Avenue
     Bronx, NY 10473

2.   Elijah P Rodrigo
     New York City Police Department 43rd Precinct
     900 Fteley Avenue
     Bronx, NY 10473

3.   Felix D. Jimenez
     New York City Police Department 43rd Precinct
     900 Fteley Avenue
     Bronx, NY 10473

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

___ Civ. _____ ( ___ )

**AMENDED COMPLAINT**

Jury Trial:  ☐ Yes      ☐ No
                (check one)

I.      **Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

B.      List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                        1

Defendant No. 1 Name _____
        Street Address _____
        County, City _____
        State & Zip Code _____
        Telephone Number _____

Defendant No. 2 Name _____
        Street Address _____
        County, City _____
        State & Zip Code _____
        Telephone Number _____

Defendant No. 3 Name _____
        Street Address _____
        County, City _____
        State & Zip Code _____
        Telephone Number _____

Defendant No. 4 Name _____
        Street Address _____
        County, City _____
        State & Zip Code _____
        Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

  ☐ Federal Questions     ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
  _____
  _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

  Plaintiff(s) state(s) of citizenship _____
  Defendant(s) state(s) of citizenship _____
  _____

**III.   Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _____
_____

B.   What date and approximate time did the events giving rise to your claim(s) occur? _____
_____
_____

C.   Facts: _____

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

*Rev. 12/2009*                                   3

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20__.

Signature of Plaintiff     _____

Mailing Address            _____

                           _____

                           _____

Telephone Number           _____

Fax Number *(if you have one)* _____

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners:</u>

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number              _____