UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAGE EL,

                Plaintiff,

- against -

CALVIN S. BLACK, ET AL.,

                Defendants.

23-cv-10317 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court received the City's letter motion requesting a stay. ECF No. 11. The case is stayed pending the conclusion of the Civilian Complaint Review Board ("CCRB") investigation concerning the events giving rise to this action. The City should provide status reports to the Court at least every three months.

SO ORDERED.

Dated:    New York, New York
            February 20, 2024

                                            _____
                                                John G. Koeltl
                                          United States District Judge