UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAGE EL,

                      Plaintiff,

- against -

CALVIN S. BLACK, ET AL.,

                      Defendants.

23-cv-10317 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, District Judge:

    The summons and complaint, ECF No. 1, in this case must be served on the two "John Doe" officers identified in the City's partial Valentin response. Because the plaintiff has been granted permission to proceed in forma pauperis, he is entitled to rely on the Court and the U.S. Marshals to effect service. See Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

    To allow the plaintiff to effect service on the two officers through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further directed to: (1) complete the USM-258 form with the address for the officers and (2) issue a summons and deliver to the U.S. Marshals Service a copy of this Order of Service and all documents necessary to effect service of the summons and complaint on the officers.

The service address for the two officers are as follows:

    Officer Reynell Delossantos, Shield No. 22800
    43rd Precinct
    900 Fteley Avenue
    Bronx, New York 10473

    Officer James E. Biggs, Shield No. 3473
    43rd Precinct
    900 Fteley Avenue
    Bronx, New York 10473

**SO ORDERED.**

**Dated:**    **New York, New York**
             **February 20, 2024**

                                            _____
                                                  John G. Koeltl
                                          United States District Judge